# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Peter James Cox, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER STAYING ACTION AND** |
| | ) | **DIRECTING PLAINTIFF TO SUBMIT** |
| vs. | ) | **STATUS REPORT** |
| | ) | |
| Yoast Mast and Faith Goodwin, | ) | Case No. 1:18-cv-134 |
| | ) | |
| Defendants. | ) | |

Plaintiff initiated the above-entitled action on June 28, 2018. (Doc. No. 1). The Clerk's office issued summonses to plaintiff for defendants that same day. (Doc. No. 2). On July 1, 2019, I issued an order directing plaintiff to file a report advising on the status of this action or otherwise showing cause why this action should not be dismissed for failure to prosecute.

Plaintiff's counsel advised in subsequent telephone call with chambers staff that litigation arising out of the same nucleus of operative facts as the instant action is currently pending in Canada. Accordingly, the above-entitled action is stayed pending further order of the court. Plaintiff's counsel shall filed a brief report advising on the status of the Canadian litigation with this court by October 31, 2019.

**IT IS SO ORDERED.**

Dated this 30th day of September, 2019.

> /s/ Clare R. Hochhalter
> Clare R. Hochhalter, Magistrate
> Judge United States District Court